

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Colin O'Kroley,

Vs. No. 11-17-00339-CV

Sherwin-Williams Company Inc.
(An Ohio Corporation),

\* From the 358th District Court
Of Ector County,
Trial Court No. D-131,720.

\* October 17, 2024

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Williams, J., and Wright, S.C.J.,
sitting by assignment)
(Trotter, J., not participating)

This court has considered the parties' joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.